UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NICCOL GORDON,**

Plaintiff,

v.                                                    **No. 4:25-cv-00547-P**

**COWTOWN EXPRESS LOGISTICS
LLC**, **ET AL.,**

Defendants.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF No. 94, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that all claims against Defendants Cowtown Express Logistics LLC, Cowtown Express Inc., and Will Ruddick are **DISMISSED without prejudice**.

**SO ORDERED** on this **8th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE